UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR S 06-414 EJG |
| v. ) | |
| ) | |
| JOE PETER MONTOYA-LOPEZ ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum                                    ( ) Ad Testificandum

Name of Detainee:          JOE PETER MONTOYA-LOPEZ
Detained at (custodian):    **SACRAMENTO COUNTY JAIL**

Detainee is:    a.)    (**X**) charged in this district by:  (**X**) Indictment  ( ) Information  ( ) Complaint
                                charging detainee with: <u>Being a Deported Alien Found in the United States</u>
    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
    or    b.)    (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

Signature:    /s/ Michael M. Beckwith
Printed Name & Phone No:    MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                      ( ) Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 10/25/06

_____
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Jose Peter Montoya-Lopez, Joe Montoya | Male  X   Female ___ |
| Booking or CDC #: | #2316737 | DOB: |
| Facility Address: | 651 I Street | Race: |
| | Sacramento, CA 95814 | FBI # 3116WA9 |
| Facility Phone: | 916-874-6752 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____    By: _____
                                                                            (Signature)