```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOE PETER MONTOYA-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR-S-06-414 EJG |
| Plaintiff,  ) | STIPULATION AND ORDER |
| v.                             ) | |
| JOE PETER MONTOYA-LOPEZ,       ) | Date: January 12, 2007<br>Time: 10:00 A.M. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that a new date of January 12, 2007 be set for status.

There has been a change in Mr. Montoya's criminal history calculations and United States Probation needs one week to alter the pre-plea report in this illegal reentry case before it is submitted to the Court. After that report has been altered, the defense will need time to discuss disposition with the government and to present the proposed disposition to the defendant.

It is stipulated and agreed between the parties that the period beginning January 5, 2007 to January 12, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: January 4, 2007

>                              Respectfully submitted,
>
>                              DANIEL BRODERICK
>                              Federal Defender
>
>                              /s/NED SMOCK
>                              NED SMOCK
>                              Assistant Federal Defender
>                              Attorney for Defendant
>                              JOE PETER MONTOYA-LOPEZ
>
>                              MCGREGOR W. SCOTT
>                              United States Attorney

Dated:  January 4, 2007

>                              /s/ MICHAEL BECKWITH
>                              MICHAEL BECKWITH
>                              Assistant U.S. Attorney

**********

**ORDER**

**IT IS SO ORDERED.**

DATED:__January 4, 2007_____

>                              /s/ Edward J. Garcia
>                              _____
>                              HONORABLE EDWARD J. GARCIA
>                              District Court Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28